**SHA-1 Hash:** 59448198C43090645093E37289900D8EBB4D4D04    **Title:** Veronica Wet Orgasm
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 108.56.201.228 | 12/31/2011 13:14 | Bethesda | MD | Verizon Internet Services | BitTorrent |
| 2 | 108.15.127.221 | 12/15/2011 5:18 | Elkridge | MD | Verizon Internet Services | BitTorrent |
| 3 | 108.15.35.75 | 1/18/2012 10:58 | Rosedale | MD | Verizon Internet Services | BitTorrent |
| 4 | 108.15.87.187 | 3/1/2012 13:15 | Lutherville Timonium | MD | Verizon Internet Services | BitTorrent |
| 5 | 108.28.72.40 | 1/15/2012 20:54 | Gaithersburg | MD | Verizon Internet Services | BitTorrent |
| 6 | 108.3.212.5 | 12/19/2011 23:33 | Owings Mills | MD | Verizon Internet Services | BitTorrent |
| 7 | 108.48.53.101 | 2/16/2012 4:15 | Gaithersburg | MD | Verizon Internet Services | BitTorrent |
| 8 | 108.8.21.160 | 12/15/2011 5:52 | Frederick | MD | Verizon Internet Services | BitTorrent |
| 9 | 173.64.111.240 | 12/2/2011 2:15 | Pikesville | MD | Verizon Internet Services | BitTorrent |
| 10 | 173.64.120.186 | 12/28/2011 20:17 | Ellicott City | MD | Verizon Internet Services | BitTorrent |
| 11 | 173.64.120.62 | 2/7/2012 21:02 | Ellicott City | MD | Verizon Internet Services | BitTorrent |
| 12 | 173.66.183.244 | 1/1/2012 2:15 | Germantown | MD | Verizon Internet Services | BitTorrent |
| 13 | 173.66.40.4 | 2/26/2012 21:29 | Silver Spring | MD | Verizon Internet Services | BitTorrent |
| 14 | 173.67.32.197 | 3/5/2012 22:20 | Pasadena | MD | Verizon Internet Services | BitTorrent |
| 15 | 173.67.44.65 | 1/16/2012 23:11 | Lutherville Timonium | MD | Verizon Internet Services | BitTorrent |
| 16 | 173.69.196.218 | 1/20/2012 4:46 | Catonsville | MD | Verizon Internet Services | BitTorrent |
| 17 | 173.79.166.21 | 2/8/2012 22:54 | Silver Spring | MD | Verizon Internet Services | BitTorrent |
| 18 | 173.79.221.143 | 12/26/2011 17:37 | Olney | MD | Verizon Internet Services | BitTorrent |
| 19 | 71.178.182.160 | 1/8/2012 6:07 | Bethesda | MD | Verizon Internet Services | BitTorrent |
| 20 | 71.191.169.121 | 12/8/2011 17:05 | Gaithersburg | MD | Verizon Internet Services | BitTorrent |
| 21 | 71.245.166.205 | 2/4/2012 20:06 | Columbia | MD | Verizon Internet Services | BitTorrent |
| 22 | 72.81.230.137 | 12/7/2011 20:43 | Columbia | MD | Verizon Internet Services | BitTorrent |

EXHIBIT A

MD26

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 72.81.244.125 | 1/11/2012 1:48 | Catonsville | MD | Verizon Internet Services | BitTorrent |
| 24 | 72.83.234.214 | 12/13/2011 3:55 | Fort Washington | MD | Verizon Internet Services | BitTorrent |
| 25 | 74.103.65.24 | 2/26/2012 16:46 | Aberdeen | MD | Verizon Internet Services | BitTorrent |
| 26 | 74.107.96.209 | 12/5/2011 1:17 | Odenton | MD | Verizon Internet Services | BitTorrent |
| 27 | 96.231.138.231 | 3/2/2012 23:14 | Rockville | MD | Verizon Internet Services | BitTorrent |
| 28 | 96.231.188.186 | 1/26/2012 16:24 | Germantown | MD | Verizon Internet Services | BitTorrent |
| 29 | 96.244.219.154 | 1/31/2012 17:31 | Ellicott City | MD | Verizon Internet Services | BitTorrent |
| 30 | 96.244.49.19 | 2/21/2012 8:41 | Reisterstown | MD | Verizon Internet Services | BitTorrent |
| 31 | 96.255.0.2 | 12/7/2011 9:48 | Mount Rainier | MD | Verizon Internet Services | BitTorrent |
| 32 | 96.255.137.127 | 3/9/2012 16:37 | Waldorf | MD | Verizon Internet Services | BitTorrent |
| 33 | 96.255.50.212 | 12/9/2011 8:59 | Laurel | MD | Verizon Internet Services | BitTorrent |
| 34 | 98.117.34.169 | 1/29/2012 17:54 | Crofton | MD | Verizon Internet Services | BitTorrent |

EXHIBIT A

MD26