**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC** | * | |
| | * | |
| Plaintiff | * | |
| v. | * | **Civil No. PJM 12-1195** |
| | * | |
| **DOE 1** | * | |
| | * | |
| Defendant | * | |

**O R D E R**

On May 15, 2012, the court issued an order severing all Doe Defendants from this action with the exception of Doe 1 and directed that all documents filed in this action that contain Doe 1's identifying information be filed under seal. (Dkt. No. 10).

Plaintiff filed its Amended Complaint under seal. (Dkt. No. 16). Doe 1, proceeding *pro se*, answered Plaintiff's Amended Complaint and filed a counterclaim under seal. (Dkt. No. 20). Plaintiff has moved to dismiss the counterclaim under seal. (Dkt. No. 22).

There is a well established common law right to inspect and copy judicial records and documents. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). If competing interests outweigh the public's right of access, however, the court may, in its discretion, seal those documents from the public's view.

In order to protect Defendant's identity, Plaintiff's counsel will be directed to provide redacted versions of Plaintiff's Amended Complaint and Plaintiff's Motion to Dismiss for placement on the public docket, and Defendant will be directed to provide a redacted version of Defendant's Answer for placement on the public docket. Defendant will be referenced only by "Doe 1" in all future filings.

Accordingly, it is this 22nd day of October, 2012, by the United States District Court for the District of Maryland, **ORDERED** that:

1. Plaintiff's counsel and Defendant are **DIRECTED** to provide a redacted version of Plaintiff's Amended Complaint (Dkt. No. 16), Defendant's Answer (Dkt. No. 20), and Plaintiff's Motion to Dismiss (Dkt. No. 22) for placement on the public docket;

2. Defendant will be referenced only by "Doe 1" in all future filings; and

3. The clerk will transmit a copy of this Show Cause Order to counsel of record and to Defendant.

                                                  /s/
                          **PETER J. MESSITTE**
                    **UNITED STATES DISTRICT JUDGE**