_____ FILED   _____ ENTERED
_____ LOGGED _____ RECEIVED

DEC 28 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,                          *

    Plaintiff,

vs.                                          *        CASE NO. 8:12-cv-01195-PJM

Doe 1

    Defendant.                          *

* * * * * * *

### RESPONSE TO PLAINTIFF'S MOTION TO DISMISS
### DEFENDANT'S COUNTERCLAIM [DKT. 29]

Defendant, Doe 1, by way of Response to Plaintiff, Malibu Media, LLC's

motion pursuant to Fed. R. Civ. P. 12(b)(6), says:

1. Defendant denies being an infringer of Plaintiff's copyrights and denies

    wasting judicial resources with meritless claims. Plaintiff's arguments

    stated in Motion to Dismiss Defendant's Counterclaim [DKT. 29] have

    already been addressed in Defendant's Counterclaim [DKT. 28].

    Defendant's Counterclaim does not fail to state a claim upon which

    relief can be granted and should not be dismissed.

WHEREFORE, Defendant respectfully requests that the Court enter an Order:

(A) Dismissing Plaintiff's Motion to Dismiss Defendant's Counterclaim; and

(B) Denying Plaintiff's request for sanctions; and

(C) For such other and further relief as the Court may deem equitable and

    just.

Respectfully submitted,

_____

Doe 1

Defendant *pro se*

Dated:        December 27, 2012


Certification of Service

I, Doe 1, hereby certify that on December 27, 2012, I caused this Response to be filed with the Clerk of the Court by mailing to the following address:

Greenbelt Division Clerk's Office
6500 Cherrywood Lane
Greenbelt, MD 20770