**Appendix to Memorandum Order:** Open Cases in which Malibu Media, LLC is the Plaintiff

1. 1:13-cv-00352-ELH, *Malibu Media, LLC v. Doe*, filed 02/01/13
2. 1:13-cv-00353-MJG, *Malibu Media, LLC v. Doe*, filed 02/01/13
3. 1:13-cv-00354-RDB, *Malibu Media, LLC v. Doe*, filed 02/01/13
4. 1:13-cv-00356-ELH, *Malibu Media, LLC v. Doe*, filed 02/01/13
5. 1:13-cv-00357-GLR, *Malibu Media, LLC v. Doe*, filed 02/01/13
6. 1:13-cv-00358-JFM, *Malibu Media, LLC v. Doe*, filed 02/01/13
7. 1:13-cv-00359-JFM, *Malibu Media, LLC v. Doe*, filed 02/01/13
8. 1:13-cv-00363-CCB, *Malibu Media, LLC v. Doe*, filed 02/01/13
9. 1:13-cv-00366-MJG, *Malibu Media, LLC v. Doe*, filed 02/01/13
10. 1:13-cv-00512-JKB, *Malibu Media, LLC v. Doe*, filed 02/17/13
11. 1:13-cv-00513-ELH, *Malibu Media, LLC v. Doe*, filed 02/17/13
12. 1:13-cv-00514-MJG, *Malibu Media, LLC v. Doe*, filed 02/17/13
13. 1:13-cv-00515-WDQ, *Malibu Media, LLC v. Doe*, filed 02/17/13
14. 1:13-cv-00516-ELH, *Malibu Media, LLC v. Doe*, filed 02/17/13
15. 8:12-cv-01195-PJM, *Malibu Media, LLC v. Doe 1*, filed 04/19/12
16. 8:12-cv-01197-DKC, *Malibu Media, LLC v. Doe 1*, filed 04/19/12
17. 8:13-cv-00350-PWG, *Malibu Media, LLC v. Doe*, filed 02/01/13
18. 8:13-cv-00351-PJM, *Malibu Media, LLC v. Doe*, filed 02/01/13
19. 8:13-cv-00355-AW, *Malibu Media, LLC v. Doe*, filed 02/01/13
20. 8:13-cv-00360-RWT, *Malibu Media, LLC v. Doe*, filed 02/01/13
21. 8:13-cv-00361-AW, *Malibu Media, LLC v. Doe*, filed 02/01/13
22. 8:13-cv-00362-RWT, *Malibu Media, LLC v. Doe*, filed 02/01/13
23. 8:13-cv-00364-PWG, *Malibu Media, LLC v. Doe*, filed 02/01/13
24. 8:13-cv-00365-PWG, *Malibu Media, LLC v. Doe*, filed 02/01/13
25. 8:13-cv-00506-AW, *Malibu Media, LLC v. Doe*, filed 02/17/13
26. 8:13-cv-00507-PJM, *Malibu Media, LLC v. Doe*, filed 02/17/13
27. 8:13-cv-00508-RWT, *Malibu Media, LLC v. Doe*, filed 02/17/13
28. 8:13-cv-00509-PWG, *Malibu Media, LLC v. Doe*, filed 02/17/13
29. 8:13-cv-00510-DKC, *Malibu Media, LLC v. Doe*, filed 02/17/13
30. 8:13-cv-00511-AW, *Malibu Media, LLC v. Doe*, filed 02/17/13
31. 8:13-cv-00517-RWT, *Malibu Media, LLC v. Doe*, filed 02/17/13
32. 8:13-cv-00518-PWG, *Malibu Media, LLC v. Doe*, filed 02/17/13

March 1, 2013                                                                                                    RWT; PWG