**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **ROGER W. TITUS** | **6500 CHERRYWOOD LANE** |
| **UNITED STATES DISTRICT JUDGE** | **GREENBELT, MARYLAND 20770** |
| | **301-344-0052** |

# M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus
Judge Paul W. Grimm

RE: Malibu Media, LLC v. John Doe Cases in the District of Maryland

DATE: May 16, 2013

* * * * * * * * *

In furtherance of the recent telephone conference held regarding the Malibu Media copyright infringement cases filed in this Court, we are enclosing with this Memorandum Order a draft Order that details the proposed procedures to be followed in these cases to determine whether a plausible claim has been stated, and whether the Plaintiff has made a sufficient showing to warrant obtaining discovery of the identifying information regarding the subscriber associated with any Internet Protocol ("IP") Address through which a copyrighted work allegedly was downloaded.

Within fourteen (14) days, please provide any comments that you wish the Court to consider regarding the proposed procedures, not to exceed seven pages, single spaced. In particular, the Court invites you to address the criteria to be used by the Special Master to determine whether a plausible claim has been stated that the subscriber to the IP address through which a copyrighted work allegedly was downloaded is liable to Plaintiff.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

|  /s/  |  /s/  |
|---|---|
| Roger W. Titus | Paul W. Grimm |
| United States District Judge | United States District Judge |

Enclosure