UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | **CASE NO. 8:13-cv-00350-PWG** |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 108.18.234.84,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE, Plaintiff is attaching hereto a copy of the Memorandum – Report on Bellwether Trial entered in *Malibu Media, LLC v. John Does 1, 13, 14, and 16*, Case No. 12–2078–MMB (E.D. Pa., Jun.18, 2013), which explains the Court's process regarding the first ever BitTorrent trial and that "Malibu has satisfied its burden of proof with substantial evidence and deserves a large award." *Id* at *15.

Dated:  July 3, 2013

> Respectfully submitted,
>
> MALIBU MEDIA, LLC.
> PLAINTIFF
>
> By:  /s/ *Jon A. Hoppe*
> Jon A. Hoppe, Esquire #6479
> Counsel
> Maddox, Hoppe, Hoofnagle &
>         Hafey, L.L.C.
> 1401 Mercantile Lane #105
> Largo, Maryland 20774
> (301) 341-2580

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                By: /s/ *Jon A. Hoppe*