**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. **PJM 12-1195** |
| | * | |
| **DOE 1** | * | |
| | * | |
| Defendant | * | |

## ORDER

Upon consideration of Plaintiff Malibu Media, LLC's Motion to Dismiss Defendant/Counter-Plaintiff Doe 1's Counterclaim [Dkt. 28] (Paper No. 29), and the sealed version of the same (Paper No. 22), it is, for the reasons set forth in the accompanying Memorandum Opinion, this 10th day of October, 2013

    **ORDERED**

1. Plaintiff's Motion to Dismiss (Paper Nos. 22, 29) is **GRANTED**;

2. Malibu is **PROHIBITED** from initiating, directly or indirectly, any settlement communications with Doe 1.  Any settlement communications shall be initiated only as approved by the Court.  At the request of Malibu or Doe 1, submitted to the Court at any time, settlement shall be conducted under supervision of one or more Magistrate Judges designated by the Court for this purpose.  Unless otherwise ordered by the Court, any settlement negotiations shall be subject to the confidentiality provisions of Local Rule 607.4; and

3. Certain deadlines in the initial Scheduling Order entered in this case on October 11, 2012 are **MODIFIED** and shall be as follows:

    a.  November 10, 2013: Plaintiff's Rule 26(a)(2) disclosures;

    b.  December 9, 2013: Defendant's Rule 26(a)(2) disclosures;

    c.  December 23, 2013: Plaintiff's rebuttal Rule 26(a)(2) disclosures;

    d.  December 30, 2013: Rule 26(e)(2) supplementation of disclosures and responses;

    e.  January 25, 2014: Discovery deadline; submission of status report;

    f.  February 4, 2014: Requests for admission; and

    g.  February 25, 2013: Dispositive pretrial motions deadline.

 

                                                                           /s/

                                                                 **PETER J. MESSITTE**

**Date:  October 10, 2013**                           **UNITED STATES DISTRICT JUDGE**